

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2014

No. 04-14-00397-CV

**IN THE INTEREST OF S.D.A., S.A.A., D.S.A.**, Children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013EM506191
Honorable Eric Rodriguez, Judge Presiding

## O R D E R

A copy of appellant's notice of appeal was filed in this court on June 2, 2014. On that date the clerk of the court notified the appellant in writing that our records do not reflect that the filing fee in the amount of $195.00 was paid and that the fee was required to be paid by June 12, 2014 or the appeal could be stricken by the court. To date, the fee has not been paid. In addition, our record contains no evidence that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20.1.

Accordingly, it is ORDERED that appellant show cause in writing **within ten (10) days** of the date of this order that either: (1) the $195.00 filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. *See* TEX. R. APP. P. 20.1. If appellant fails to respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c). All other appellate deadlines are suspended pending the payment of the filing fee.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court